IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

ROMAN CRUZ, LESDIE I.

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

Debtor(s)

CASE NO. 99-12333 GAC

Chapter 7

**FILED & ENTERED**
**JAN 1 2 2000**
CLERK
U.S. BANKRUPTCY COURT
SAN JUAN, PUERTO RICO

DISCHARGE OF DEBTOR

It appearing that a petition commencing a case under Title 11, United States Code, was filed by or against the person named above, and that an order for relief was entered under Chapter 7, and that no complaint objecting to the discharge of the debtor was filed within the time fixed by the Court or that a complaint objecting to discharge of debtor was filed and, after due notice and hearing, was not sustained;

IT IS ORDERED THAT

1. The above mentioned debtor is released from all dischargeable debts.

2. Any Judgment heretofore and hereafter obtained in any court other than this Court is null and void as a determination of personal liability of the debtor with respect to any of the following:

    (a) debts dischargeable under 11 U.S.C. § 523;

    (b) unless heretofore and hereafter determined by order of this Court to be nondischargeable, debts alleged to be excepted from discharge under clauses (2), (4) and (6) of 11 U.S.C. § 523(a);

    (c) debts determined by this Court to be discharged.

3. All creditors whose debts are discharged by this order and all creditors whose judgments are declared null and void by paragraph 2 above are enjoined from instituting or continuing any action or employing any process or engaging in any act to collect such debts as personal liabilities of the above named debtor.

San Juan, Puerto Rico, this 11 day of January, 2000.

Gerardo A. Carlo
United States Bankruptcy Judge

cc: all creditors

